# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Mary Haggins,

        Plaintiff(s),                        JUDGMENT IN A CIVIL CASE

vs.                                                3:12cv590

Dennis Phillips, et al,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/20/2012 Order.

Signed: November 20, 2012

Frank G. Johns, Clerk
United States District Court